EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re:  Javier Pérez Rojas | 2018 TSPR 95  200 DPR ____ |
|---|---|

Número del Caso: TS-9,428

Fecha:   18 de mayo de 2018

Abogado de la peticionaria:

Por derecho propio

Materia:  Reinstalación al ejercicio de la abogacía.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re*

Javier Pérez Rojas                    **Núm.** TS-9,428

RESOLUCIÓN

San Juan, Puerto Rico, a 18 de mayo de 2018

Examinadas la *Contestación a queja,* la *Contestación preliminar de la queja,* la *Moción solicitando reinstalación de abogacía y notaría y solicitud se acepte la contestación a la queja y continuación de los* procedimientos, así como la *Moción informando solicitud de reinstalación de abogacía y notaría bajo la queja AB2015-225 y solicitud se acepte la contestación preliminar de la queja AB2016-98 y otros extremos* presentadas por el Sr. Javier Pérez Rojas, se ordena la reinstalación del señor Pérez Rojas al ejercicio de la abogacía.

Se ordena reactivar las quejas AB-2014-0454, AB-2016-0098, AB-2017-0176 y AB-2018-0053 para que continúen el curso correspondiente. Se le provee un término de treinta (30) días al señor Pérez Rojas para que se exprese sobre las quejas pendientes en su contra, que aún no ha contestado.

Por último, se le provee un término de treinta (30) días a la Oficina de Inspección de Notarías (ODIN) para que culmine la investigación y presente el informe sobre la obra notarial del señor Pérez Rojas.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo Interina. El Juez Asociado señor Martínez Torres proveería no ha lugar en esta etapa a

la moción de reinstalación y solo la atendería al culminar el trámite de las quejas pendientes, al que debería someterse el abogado peticionario como requisito para que consideremos reinstalarle. La Jueza Presidenta Oronoz Rodríguez no intervino.


Sonnya Isabel Ramos Zeno
Secretaria del Tribunal Supremo Interina